# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE WEISS,<br><br>    Plaintiff,<br><br>  v.<br><br>VIDYO, INC.,<br><br>    Defendant. | Case No. 11-cv-05663 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 7 |

  Defendant Vidyo moves to compel the arbitration of the claims in Plaintiff Weiss's complaint. Dkt. No. 7. A hearing with respect to Video's motion currently is scheduled for January 4, 2012. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing is VACATED.

  IT IS SO ORDERED.

DATED: December 22, 2011

                          _____
                          NATHANAEL M. COUSINS
                          United States Magistrate Judge