UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE WEISS,<br><br>        Plaintiff,<br><br>    v.<br><br>VIDYO, INC.,<br><br>        Defendant.<br><br>AND<br><br>JULIE WEISS,<br><br>        Plaintiff,<br><br>    v.<br><br>VIDYO, INC., ASHISH GUPTA, and DOES 1 through 10,<br><br>        Defendants. | Case No. 11-cv-05663 NC<br>Case No. 12-cv-02391 MMC<br><br>**ORDER VACATING RELATED CASE ORDER** |

Having considered the "Administrative Motion for Clarification Whether Cases are Related" filed June 18, 2012, in case 12-cv-02391 MMC, the Court hereby VACATES its previous Order declaring these two cases as related. ECF No. 15, filed 6/01/12. Case 12-cv-02391 MMC remains with Judge Maxine Chesney.

1 | IT IS SO ORDERED.

4 | Date: June 20, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge